UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:
)
    JO ANN LYNN DEL PRETE    )    Case No: 6:21-bk-05712-GER
)    CHAPTER 7
    Debtor(s)    )

**APPLICATION TO EMPLOY ROBERT DELIBRO AND
DELIBRO REALTY GROUP AS LISTING AGENT**

Trustee Emerson C. Noble moves this Court for entry of an order authorizing the employment of Robert DeLibro and DeLibro Realty Group, located at 1504 Barnum Ave., Bridgeport, CT 06610, as Real Estate Agent to represent and assist the trustee in carrying out the trustee's duties under the Bankruptcy Code. The real estate agent will promote and sell a parcel of residential real estate, located in New Haven County, Connecticut, more particularly described as:

**Parcel ID No. SEYM M:8-1-4 L:31, New Haven County, Connecticut**

**a/k/a 3 Morningstar Dr., Seymour, CT 06483**

After reviewing the facts and issues in this case, the trustee has concluded that the assistance of a realtor is necessary to enable the trustee so sell the above property and to otherwise discharge the trustee's statutory duties. The trustee has selected this real estate agent because he is a licensed real estate agent and has considerable experience in the sale of real property in the area of the property and the trustee believes he is well qualified to assist the trustee in the sale of real estate. Further the real estate broker has agreed to perform the required services for a fee of five percent (5%) of the gross proceeds of the sale, together with actual expenses of the sale, subject to the provisions of §330

of the Bankruptcy Code.

To the best of the trustee's knowledge, the real estate agent has no connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except as disclosed in the attached declaration.

Under penalty of perjury, I have read the foregoing Application and it is true and correct to the best of my knowledge information and belief.

I HEREBY CERTIFY that a true and correct copy of the foregoing and the Declaration Of Proposed Realtor, copy attached, have been furnished via First-Class United States Mail, postage prepaid this 15th day of August, 2022 to Robert DeLibro, 1504 Barnum Ave., Bridgeport, CT 06610; George Roumeliotis, Esquire, 157 Church St., 19th Floor, New Haven, CT 06510; United States Trustee's Office, 400 W. Washington St., Suite 1100, Orlando, Florida 32801; Jo Ann Lynn Del Prete, 681 Wellington Station Blvd,, # 1, Ormond Beach, FL 32714; and John Roberts, Esq., 300 Interchange Blvd, Suite E, Ormond Beach, FL 32174.

Dated this 15th day of August, 2022.

/s/ Emerson C. Noble
Emerson C. Noble, Trustee
Post Office Box 622798
Oviedo, Florida 32762-2798
Phone: (407) 628-9300
Facsimile (407) 647-6452
Email: TrusteeNoble@outlook.com